IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | : | CIVIL ACTION |
| DAVID FIORI, JR. | : | No. 12-5128 |
| DAVID FIORI, JR., | : | BANKRUPTCY |
| Appellant, | : | No. 09-10960 |
| v. | : | |
| BONNIE B. FINKEL and PRECISION INTERFACE ELECTRONICS, INC., | : | |
| Appellees. | : | |

**ORDER**

AND NOW, this 30th day of September, 2013, it is ORDERED Appellee Precision Interface Electronics, Inc.'s Motion to Dismiss Debtor's Appeal (Document 4) is GRANTED. The above-captioned bankruptcy appeal is DISMISSED pursuant to 11 U.S.C. § 363(m).

The Clerk of Court is DIRECTED to mark the above-captioned case CLOSED.

BY THE COURT:

/s/ Juan R. Sánchez
Juan R. Sánchez, J.